In the Matter of the Estate of HENRY WATERMAN, Deceased.

JULIA KENYON, Appellant; SAMUEL H. COOMBS et al., as Executors of HENRY WATERMAN, Deceased, Respondents.

*Matter of Waterman,* 112 App. Div. 313, appeal dismissed.
(Argued October 2, 1906; decided October 16, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1906, which reversed a decree of the Kings County Surrogate's Court removing two of the executors of the will of Henry Waterman, deceased.

*Thaddeus D. Kenneson, Ralph W. Kenyon* and *Charles H. Kelby* for appellant.

*Robert H. Wilson* for respondents.

Appeal dismissed, with costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.